**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| ZACHARY GELLNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23CV1029 |
| | ) | |
| MARTIN J. O'MALLEY, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**JUDGMENT**</u>

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Commissioner's final decision in this matter is **VACATED**, and that the case is **REMANDED** to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

                         /s/ L. Patrick Auld
                           **L. Patrick Auld**
            **United States Magistrate Judge**

May 14, 2024